UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD LEE CANTERBURY,<br><br>        Petitioner,<br>vs.<br><br>GREG ZOELLER, Indiana Attorney General,<br><br>        Respondent. | No. 1:09-cv-396-LJM-DML |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 12/02/2009

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

James Blaine Martin
INDIANA OFFICE OF THE ATTORNEY GENERAL
james.martin@atg.in.gov

Richard Lee Canterbury
#10366-026
Pekin - Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555